UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| **Daniel Dale Seibert** | ) | **Case No. 11-46971** |
| **Lydia Lynne Seibert** | ) | Chapter 13 |
| Debtor(s) | ) | **Confirmation: August 24, 2011** |
| | ) | **Courtroom: 5 North 10:00 a.m.** |

### FIRST AMENDED CHAPTER 13 PLAN

**PAYMENTS. Debtor is to pay to the Chapter 13 Trustee the sum of the following amounts: (complete one of the following payment options)**

$ **702 .00** per month for **36 months.**

$_____ per month for _____ months, then $_____ per month for _____ months, then $_____ per month for _____ months.

A total of $_____ through _____, then $_____ per month for _____ months beginning with the payment due in _____, 20____.

In addition, Debtor shall pay to the Trustee, and the plan base shall be increased by the following:

(1) Debtor shall send any tax refund received during the plan to the Trustee; however, debtor may retain a portion of a tax refund to pay income taxes owed to any taxing authority for the same period as the refund. Debtor may also retain from such refunds the lesser of the sum of two monthly plan payments or $600 from such tax refunds, each year, for necessities. (2) Fifty percent of any employee bonus or other distribution paid or payable to the debtor during the term of the plan. (3) Additional lump sum(s) consisting of _____, if any, to be paid to the Trustee.

A minimum of **$0.00** will be paid to non-priority unsecured creditors.  (Dollar amount or 100%)

**DISBURSEMENTS. Creditors shall be paid in the following order and in the following fashion.  Unless stated otherwise, the Chapter 13 Trustee will make the payments to creditors. All disbursements by the Trustee to be made pro-rata by class, except per month disbursements described below:**

**1.  Trustee and Court Fees.** Pay Trustee a percent of all disbursements as allowed by law and pay filing fees if the Court enters an order providing for filing fees to be paid in the Chapter 13 plan.

(L.F. 13 Rev. 01/07-A)

2.  **Executory Contract/Lease Arrearages**. Trustee to cure pre-petition arrearage on any executory contract accepted in paragraphs 3(A or B) over the following period, estimated as follows:

CREDITOR NAME                    TOTAL AMOUNT DUE              CURE PERIOD

3.  Pay sub-paragraphs concurrently:

(A) **Post-petition real property lease payments.** Debtor assumes executory contract for real property with the following creditor(s) and proposes to maintain payments in accordance with terms of the original contract as follows:

CREDITOR NAME                    MONTHLY PAYMENT              BY DEBTOR/TRUSTEE

(B) **Post-petition personal property lease payments**. Debtor assumes executory contract for personal property with the following creditor(s) and proposes to maintain payments in accordance with terms of the original contract as follows:

CREDITOR NAME                    MONTHLY PAYMENT              EST MONTHS REMAINING
**DeLage Landen Financial Services        473.77                          28 months**

(C) **Continuing Debt Payments (including post-petition mortgage payments on real estate  other than Debtor's residence )** Maintain payments of the following continuing debt(s) in accordance with terms of the original contract with any arrearages owed at the time of filing to be cured in paragraph ___ below.

CREDITOR NAME                                    MONTHLY PAYMENT

(D) **Post-petition mortgage payments on Debtor's residence.** Payments due post-filing on debt(s) secured by lien(s) on Debtor(s) residence to be at the monthly amount listed below (or as adjusted by creditor under terms of loan agreement) to:

CREDITOR NAME                    MONTHLY PAYMENT              BY DEBTOR/TRUSTEE
**Wells Fargo Mortgage        $1,452.                          By Debtor**
**Key Bank                    $ 161.                           By Debtor**

(E) **DSO Claims in equal installments.** Pay the following pre-petition domestic support obligation arrears in full in equal monthly installments over the life of the plan, estimated as:

CREDITOR NAME                    TOTAL AMOUNT DUE              INTEREST RATE

4.  **Attorney Fees**. Pay Debtor's attorney **$00.00** in equal monthly payments over **12** months. Any additional fees allowed by the Court shall be paid pursuant to paragraph 6 below. [See procedures manual for limitations on use of this paragraph]

5.  Pay sub-paragraphs concurrently:

(A) **Pre-petition arrears on secured claims paid in paragraph 3**. Pay arrearage on debt secured by liens on real property in equal monthly installments over the period and with the interest rate identified below, estimated as follows:

CREDITOR NAME        TOTAL AMOUNT DUE              CURE PERIOD      INTEREST RATE

(L.F. 13 Rev. 01/07-A)

| Wells Fargo Mortgage | 0.00 | n/a | 0.00% |
| Key Bank | 0.00 | n/a | 0.00% |

(B) **Secured claims to be paid in full.** The following claims shall be paid in full in equal monthly payments over the period set forth below with **6.01%** interest.

| CREDITOR | EST BALANCE DUE | REPAY PERIOD | TOTAL w/ INTEREST |
|---|---|---|---|
| **Lindell Bank** | **$8,279.84** | **36 months** | **$9,058.68** |

(C) **Secured claims subject to modification.** Pay all other secured claims the fair market value of the collateral, as of the date the petition was filed, in equal monthly payments over the period set forth below with **6.01%** interest and with any balance of the debt to be paid as non-priority unsecured debt under paragraph 9 (A), estimated as set forth below:

| CREDITOR | BALANCE DUE | FMV | REPAY PERIOD | TOTAL w/ INTEREST |
|---|---|---|---|---|

(D) **Co-debtor guaranteed debt paid in equal monthly installments**. The following co-debtor guaranteed claims(s) to be paid by Trustee or by the co-debtor as noted below. If paid by Trustee, pay claim in equal monthly installments over the period and with interest as identified below.

| CREDITOR | EST BALANCE | TRUSTEE/CO-DEBTOR | PERIOD | INTEREST RATE |
|---|---|---|---|---|

6. Pay **$0.00** of debtor's attorney's fees and any additional attorney fees allowed by the Court .

7. Pay sub-paragraphs concurrently:

(A) **Unsecured Co-debtor guaranteed claims**. The following unsecured co-debtor guaranteed debt to be paid by Trustee or by the co-debtor as noted below. If paid by Trustee, pay claim in full with interest rate as identified below.

| CREDITOR NAME | EST TOTAL DUE | TRUSTEE/CO-DEBTOR | INTEREST RATE |
|---|---|---|---|

(B) **Assigned DSO Claims**. Domestic support obligation arrearages assigned to, or recoverable by, a governmental unit, to be paid a fixed amount with the balance to be owed by the Debtor(s) after completion of the Plan, pursuant to §507(a)(1)(B) and 1322(a)(4). Regular payments that become due after filing shall be paid **directly** by Debtor(s).

| CREDITOR | TOTAL DUE | TOTAL AMOUNT PAID BY TRUSTEE |
|---|---|---|

8. **Priority Claims.** Pay the following priority claims allowed under 11 U.S.C. section 507 in full, estimated as follows:

(L.F. 13 Rev. 01/07-A)

9.  Pay the following sub-paragraphs concurrently:
    (A) **General Unsecured Claims**. Pay non-priority, unsecured creditors.  Estimated total owed**: $187,732.66.**  Estimated amount available **$0.00.** Estimated repayment in Chapter 7:**$ 0.00**.  Amount required to be paid to non-priority unsecured creditors as determined by 1325(b) calculation:  **$ 0.00**

    (B)  **Surrender of Collateral**.  Debtor proposes to surrender the following collateral to the following creditor(s) with any deficiency paid as non-priority unsecured debt:
    CREDITOR                COLLATERAL

    (C)  **Rejected Executory Contracts/Leases.**  Debtor rejects the following executory contract(s) with the following creditor(s).  Any balance to be paid as non-priority unsecured debt.:
    CREDITOR                CONTRACT/LEASE

10.  Other:

11.  All secured creditors shall retain the liens securing their claims until the earlier of the payment of the underlying debt determined under non-bankruptcy law or discharge under section 1328.  However, the Debtor will request avoidance of non-purchase money liens secured by consumer goods as well as judicial liens which impair exemptions and said creditors will not retain their liens if the Court enters an order granting the Debtor's request to avoid the liens.

12.  Any pledged credit union shares or certificates of deposit held by any bank shall be applied to the amount owed such Claimant.

13. Title to Debtor's property to re-vest in Debtor upon confirmation.  Debtor is not to incur further credit or debt without the consent of the Court unless necessary for the protection of life, health or property and consent cannot be obtained readily.

14. Any post-petition claims filed and allowed under 11 U.S.C. Section 1305 may be paid through the plan.

CREDITOR'S NOTICE: YOU MUST FILE A CLAIM IN ORDER TO PARTICIPATE IN DISBURSEMENTS PROPOSED HEREIN. CLAIMS SHALL SHARE ONLY IN FUNDS DISBURSED AFTER THE CHAPTER 13 TRUSTEE RECEIVES THE CLAIM.  IN COMPLIANCE WITH ORDER OF THE COURT, ABSENT A SPECIFIC ORDER OF THE COURT TO THE CONTRARY, THE CHAPTER 13 TRUSTEE, RATHER THAN THE DEBTOR, WILL MAKE ALL PRE-CONFIRMATION DISBURSEMENTS PURSUANT TO SECTION 1326(a).  ALL CREDITORS ENTITLED TO PRE-CONFIRMATION DISBURSEMENTS, INCLUDING LEASE CREDITORS, MUST FILE A PROOF OF CLAIM TO BE ENTITLED TO RECEIVE

SUCH PAYMENTS FROM THE CHAPTER 13 TRUSTEE. PURSUANT TO LOCAL RULE, THE PROOF OF CLAIM SHALL CONTROL THE VALUATION OF COLLATERAL AND ANY VALUATION STATED IN THE PLAN SHALL NOT BE BINDING ON THE CREDITOR.

DATE: July 18, 2011            DEBTOR:<u>/s/</u> **Darrel Maurice Hackmann**
DATE: July 18, 2011            DEBTOR:<u>/s/</u>  **Pamela Marie Hackmann**
Respectfully Submitted,
GOLDBERG LAW FIRM, LLC

*/S/ Nathan H Goldberg*
Attorney at Law
EDMO 3231, MO 37321
6901 Gravois
St. Louis, MO 63116
314-771-1900
314-771-1903 fax
nathan@goldberglawllc.com

## Certificate of Service

The undersigned hereby certifies that a copy of the foregoing document was mailed, first-class postage prepaid, and/or by the court's ECF system this 3rd day of December, 2010 to:

American Express
PO Box 650448
Dallas, TX 75265


American Express
PO Box 650448
Dallas, TX 75265


American Express
PO Box 981537
El Paso, TX 79998


Ann Taylor
c/o WFNNNB
PO Box 182273
Columbus, OH 43218-2273


Bank of America
PO Box 15026
Wilmington, DE 19850


Bank of America
PO Box 15026
Wilmington, DE 19850

(L.F. 13 Rev. 01/07-A)

Chase Card Services
PO Box 15298
Wilmington, DE 19850


Chase Card Services
PO box 15298
Wilmington, DE 19850


Chase Card Services
PO Box 15298
Wilmington, DE 19850


Citi Bank SD NA
PO box 6241
Sioux Falls, SD 57117


Citi Bank SD NA
PO box 6241
Sioux Falls, SD 57117


De:Lage Landen Fiancial Services, Inc.
Lease Processing Center
1111 Old Eagle School Rd.
Wayne, PA 19087


Discover Financial Services
P.O. Box 6103
Carol Stream, IL 60197


GLELSI
PO Box 7860
Madiso, WI 53707


Key Bank
4910 Tiedeman Rd.
Oh-01 51-05692
Brooklyn, OH 44144


Kohl's
PO Box 3120
Milwaukee, WI 53201


Lindell Bank
6900 Clayton Avenue
St. Louis, MO 63139


Lindell Bank
Attn: Lance Elkin
3060 Clarkson Rd.
Ellisville, MO 63017

(L.F. 13 Rev. 01/07-A)

Loft
PO Box 659705
San Antonio, TX 78265


New York
PO Box 659728
San Antonio, TX 78265


Sams Club/ GEMB
PO Box 530942
Atlanta, GA 30353


Talbots
PO Box 740158
Cincinnati, OH 45274


The Childrens Place Plan
Processing Center
Des Moines, IA 50364


Wells Fargo
PO Box 10335
Des Moines, IA 50306


Respectfully Submitted,
GOLDBERG LAW FIRM, LLC

*/S/ Nathan H Goldberg*
Attorney at Law
EDMO 3231, MO 37321
6901 Gravois
St. Louis, MO 63116
314-771-1900
314-771-1903 fax
nathan@goldberglawllc.com

(L.F. 13 Rev. 01/07-A)